UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

GREGORY ALLAN SCHWALBE
SHERRI SUZANNE SCHWALBE

Case No: 11-45468
Debtor(s) Chapter 13 Case

ORDER VACATING ORDER OF DISMISSAL AS TO DEBTOR
SHERRI SUZANNE SCHWALBE

On January 25, 2016, an Order and Notice of Dismissal was erroneously entered as to joint debtor SHERRI SUZANNE SCHWALBE in this case.

IT IS THEREFORE ORDERED:
1. The Order and Notice of Dismissal is vacated as to debtor SHERRI SUZANNE SCHWALBE only;
2. This Order does not affect the dismissal of debtor GREGORY ALLAN SCHWALBE.
3. The Clerk of this Court shall mail copies of this order and notice hereof to the Debtor; the Debtor's attorney, the Chapter 13 Trustee; the U.S. Trustee; and all creditors and other parties in interest.

Dated: 1/27/2016                    /e/ Kathleen H. Sanberg
                                    United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/27/2016*
Lori Vosejpka, Clerk, by CN